**Quience WARD, Appellant,**

v.

**MOBIL OIL CORPORATION, et al., Respondent.**

**No. 64857.**

Missouri Court of Appeals, Eastern District, Division Four.

Jan. 17, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 22, 1995.

Application to Transfer Denied April 25, 1995.

Norton Y. Beilenson, Susman, Schermer, Rimmel & Shifrin, St. Louis, for appellant.

David M. Duree, Nicholas B. Carter, Reinert, Duree & Crane, St. Louis, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

In this jury-tried negligence action, plaintiff appeals from a judgment entered in favor of defendants.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).